ACCEPTED
04-15-00096-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/5/2015 3:38:03 PM
KEITH HOTTLE
CLERK

Cause No. 2014-CI-03033

| | | |
|---|---|---|
| MOAB CONSTRUCTION | § | IN THE DISTRICT COURT |
| | § | |
| v. | § | 407th JUDICIAL DISTRICT |
| | § | |
| ALS 88 DESIGN BUILD, LLC | § | BEXAR COUNTY, TEXAS |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
03/5/2015 3:38:03 PM
KEITH E. HOTTLE
Clerk

## AMENDED NOTICE OF APPEAL

Now Comes, ALS 88 Design Build, LLC, and files this Amended Notice of Appeal as follows:

I.

This suit involves a claim for damages by MOAB Construction Company, Inc. arising out of a construction project wherein ALS 88 Design Build, LLC was hired as a licensed and registered Architect to provide specifications and design plans for the project. MOAB terminated the services of ALS 88 Design Build, LLC and thereafter filed this suit. ALS 88 Design Build, LLC filed a motion to dismiss MOAB Construction Company's claims pursuant to Tex. Civ. Prac. & Rem. Code §150.002(b) & (e), asserting the certificate of merit filed by MOAB to support its claims failed to comply with the mandatory requirements of §150.002(b).

At a hearing on the motion preceding a trial on the merits on February 23, 2015, the trial court denied the motion and ALS 88 Design Build, LLC gave oral notice of interlocutory appeal; Tex. Civ. Prac. & Rem. Code §150.002(f) provides for an immediate interlocutory appeal from an order granting or denying a motion to dismiss under this chapter. Thereafter a written notice of interlocutory appeal and emergency motion to stay jury trial was filed.

This court denied the emergency motion to stay the jury trial of this case on February 27, 2015 and thereafter the trial of this case commenced on March 2, 2015. A jury returned a verdict on March 5, 2015 in favor of Moab Construction Company, Inc. against ALS 88 Design Build, LLC. Thereafter ALS 88 Design Build, LLC gave oral notice of appeal; ALS 88 Design Build, LLC now files this amended notice of appeal from the jury verdict and judgment (not yet entered) in favor of Moab Construction Company, Inc. in the above styled and numbered appeal.

Respectfully submitted this the 5th day of March, 2015.

**Regina Bacon Criswell**
*Attorney and Counselor at Law*
Carriage Place
7803 Bent Briar
San Antonio, Texas 78250

By: */S/Regina Bacon Criswell*
SBN: 01496580
(210) 775-1155 (ofc)
(210) 251-2071 (fax)

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and forgoing was served in accordance with the Texas Rules of Appellate Procedure on the persons listed below in the manner indicated.

Tom Hall                                  Via e-file
*Attorney for MOAB Construction Company, Inc.*

*/S/Regina Bacon Criswell*
REGINA B. CRISWELL